IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAY C. PFEIFER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:16-CV-383-M |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. No objections were filed, nor did Plaintiff pay the filing fee within fourteen days of the Recommendation. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of May, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE